**Order entered October 9, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00449-CV

### FRANCIE RACHAL, Appellant

### V.

### DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE8 ET AL., Appellee

### On Appeal from the County Court at Law No. 2
### Collin County, Texas
### Trial Court Cause No. 002-00452-2020

### ORDER

Before the Court is appellant's third motion to extend time to file her brief. Appellant seeks a ninety-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than January 11, 2021. Because the brief was first due June 29, 2020, *we caution that failure to file the brief may result in dismissal of the appeal without further notice*. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/    ERIN A. NOWELL
          JUSTICE